**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TIMOTHY D. THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY D. SCHAEFFER, et al.,<br><br>Defendants. | CIVIL ACTION NO. 3:24-cv-01603<br><br>(SAPORITO, J.) |

**ORDER**

AND NOW, this 7th day of August, 2026, **IT IS HEREBY ORDERED THAT**:

1. The parties are directed to **SHOW CAUSE** why this action for declaratory and injunctive relief is not now moot in light of the recent decision by the Supreme Court of Pennsylvania in *Punxsutawney Hunting Club, Inc. v. Pennsylvania Game Commission*, ___ A.3d ____, 2026 WL 2111761 (Pa. July 21, 2026);

2. The parties shall each file a supplemental brief with respect to whether the plaintiff's claims for declaratory and injunctive relief have been rendered moot by a change in underlying state law as a result of the state supreme court's decision in *Punxsutawney Hunting Club* **within twenty-one (21) days** after entry of this order; and

3. The parties may each file a reply brief **within fourteen (14) days after service** of an opposing party's supplemental brief.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge